

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-19-00797-CV

**EWING CONSTRUCTION CO, INC.**,
Appellant

v.

**BENAVIDES INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-122
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating the clerk's record has not been filed appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.[1] It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2019.

---

[1] The trial court clerk also states appellant has not provided a written designation. In the absence of a written designation, however, the trial court clerk must prepare a clerk's record that includes the contents set forth in TEX. R. APP. P. 34.5(a).



Michael A. Cruz,
Clerk of Court